FEE PAID

FILED
CLERK, U.S. DISTRICT COURT
1/27/21
CENTRAL DISTRICT OF CALIFORNIA
BY: cs  DEPUTY

1 Bruce Westin
5757 Wayne Newton Blvd. #11721
2 Las Vegas, NV 89111
(702) 758-5630
3 brucewestin01@gmail.com
4

**U.S. DISTRICT COURT**

**Central District of California**

| | |
|---|---|
| Bruce Westin<br><br>Plaintiff,<br>v.<br><br>City of Calabasas<br><br>Defendant. | Case No.: CV21-782-GW(JPRx)<br><br>**COMPLAINT FOR EQUITABLE RELIEF AND COMPENSATORY DAMAGES**<br><br>**JURY TRIAL DEMANDED**<br><br>Judge:<br><br>Date Action filed:<br>Date set for trial: |

## I. NATURE OF THE CASE

1. Plaintiff's family owns three vacant parcels of land within the City of Calabasas via a family Trust (the Goose Trust) named after Plaintiff's Australian Shepherd "Goose." Though the City of Calabasas may be better known for the rich and famous members of the Hollywood elite who reside within the city's gated communities there is also a part of Calabasas where residents live in conditions similar to the Third World where sewage disposal systems are little better than cesspools.

These cesspools take various forms from trenches located directly under residences where raw sewage is dumped without treatment and apparently stored to "seepage pits" measuring 20-25 feet deep where raw sewage "effluent" (non solids) is dumped without further treatment in regions with high ground water. It is extremely likely these cesspools are polluting the aquifers of the San Fernando Valley and create an incubator for disease spreading organisms.

Through the City's own admissions 39% of Onsite Wastewater Treatment Systems (OWTS) either experienced a major failure or their owner's have refused inspection likely knowing their cesspools are mass polluters and will fail **(Exhibit A)** .

Plaintiff initially requested information pertaining to failing "septic systems" from Calabasas via a Freedom of Information Request submitted on October 23rd 2020 while attempting to locate the source of a rabid fly problem which plaintiff has documented through several Youtube videos **(Exhibit B).**

Additionally, there is a retched smell imitating from this same area which is also quite profound even near the top of Old Topanga Canyon Road where Plaintiff's property is located. City Officials have refused to acknowledge or address either issue.

The flies and foul smell are bad enough to physically interfere with Plaintiff's enjoyment of said real property and are very likely caused by Defendant's failure to provide public sanitation services or enforce applicable health laws.

## II. JURISDICTION and PARTIES

2. United States Code 1331. provides "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

3. The City of Calabasas has created or allowed to permit the operation of mass polluting sewage systems that are harmful to the environment, are breeding grounds for disease causing organisms and produce offensive odors which interfere with Plaintiff's enjoyment of his property, violating Plaintiff's 5th and 9th Amendment Rights.

4.  Defendant City of Calabasas is located within the jurisdiction of the Central District Court of California.

### III. FACTUAL ALLEGATIONS

### Old Topanga Canyon

5.  The Old Topanga Canyon area of Calabasas extends approximately 1 mile south of Mulholland Highway into the Santa Monica Mountains. There are approximately 41 homes within the subject area which do not have access to public sanitation (it is unclear where the remaining 133 OWTS (Onsite Wastewater Treatment Systems) are located referenced in Exhibit A).

From limited initial reports obtained via FOIA requests (the City has provided a total of 5 initial reports out of 41 requested) it appears many of the residences are equipped not with septic systems but instead with cesspools which offer little to no "septic" treatment of raw sewage (i.e. in a septic system solids are retained and raw effluent is filtered through dry soil). Said cesspools are polluting the environment, a breeding ground for disease spreading organisms, and produce foul odors.

### Home with "Trap Door" leading to Cesspool

6.  A residence located at 34** Old Topanga Canyon Road, Calabasas, CA has a cesspool located under the residence which is accessible via what appears to be some sort of trap door **(Exhibit C).** On December 16th 2020 Plaintiff inquired as to what corrective measures have been

made for 34** Old Topanga Canyon Road. The City replied merely with a permit application to backfill said cesspool dated March 22nd 2011 **(Exhibit D).**

It's unclear from the information Defendant provided if the above residence followed through on backfilling and discontinuing using said cesspool or what kind of sewage system if any was subsequently installed.

### Seepage Pits

7. More common in Calabasas are the use of "seepage pits" to dispose of raw sewage effluent (there is usually at least one holding tank for solids). In this case a seepage pit consists of one or more holes 20 to 25 feet deep and 3 to 4 feet wide where raw sewage effluent is dumped. No further treatment for the sewage is provided.

8. A residence located at 233** Valdez Rd., Calabasas, CA utilizes a 750 gallon holding tank for solids which then dumps into two 20 foot deep, 4 feet wide "Seepage Pits." **(Exhibit E, page 1, paragraph 1.1)** During this particular inspection the septic inspector chose not to perform a "hydraulic load test" which would test the Seepage Pit's absorption abilities because of concerns for "illicit" doo doo "discharges" due to high effluent levels. **(Exhibit E, page 2, paragraph 2.5)**

9. The City has not responded to Plaintiff's request for corrective measures taken for 233** Valdez Rd. However, it should be noted the above residence is an approx. 1,500 square foot home on a nearly 8,000 square foot lot. It's not clear if even a modern On-Site Wastewater Treatment System (OWTS) could function on such a small lot not to mention a cesspool seepage pit. Most homes in this area are situated on similar sized lots.

### High Water Table

10. Another residence located at 32\*\* Canon Place is equipped with three 25 feet deep seepage pits **"in the vicinity of a well documented high water table area." (Exhibit F, page 2, paragraph 1)**.

11. The obvious problem with such a sewage disposal method located in a HIGH ground water area is given the depth of the sewage seepage pits they could be considered SHALLOW INJECTION WELLS under EPA guidelines (42 U.S. Code § 6939b) that are literally dumping raw sewage into the aquifers of the San Fernando Valley (Calabasas).

12. 32\*\* Canon Place like most of the other 41 residences in question is located at the BASE of the Santa Monica Mountains and is not unique.

### IV. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

### Constitutional Violations

13. Plaintiff is unable to enjoy his property because of a rabid fly problem and foul odor caused by Defendant's failure to provide sanitation services and permitting the operation of illegal cesspools and failed sewage systems. Defendant's actions violate Plaintiff's 5th and 9th Amendment Rights under the United States Constitution.

## SECOND CAUSE OF ACTION

### Violation of 42 U.S. Code § 6939b

14. Forty Two U.S.C. 6939(b) makes it illegal to inject hazardous waste into a "well" within one quarter mile distance to an underground source of drinking water. The seepage pits used within the city of Calabasas are 20-25 feet deep and are more akin to shallow wells located in an area with **high ground water**. Therefore it is extremely likely raw sewage is being introduced into the aquifers of the San Fernando Valley to the detriment of anyone utilizing ground water supplies.

## THIRD CAUSE OF ACTION

### California Penal Code 182(a)(1) Criminal Conspiracy

15. In 2018 Plaintiff improved one of the vacant lots owned by the Goose Trust with a 10 foot by 12 foot wooden deck. This caused considerable contention with nearby residents living below Plaintiff's property and City Officials. The City Prosecutor's Office prepared an extensive report of said 10x12 wooden deck, primarily based upon existing Oak Tree laws forbidding construction anywhere near an Oak Tree and labeled the wooded deck a public nuisance. (Plaintiff occasionally used the property for recreational purposes such as reading).

16. After several attempts to contact City Building Officials with no response in the Summer of 2020 Plaintiff considered the previous issue over and began constructing a wooden staircase to allow accessing said property easier.

17. Sometime around September 2020 the one parking spot Plaintiff could use along Old Topanga Canyon Road (almost the entire road is marked No Parking) was also changed to "No Parking." Plaintiff inquired about this change with City officials and no reason was provided for the change.

The next closest residence up the road (Old Topanga Canyon) from Plaintiff's property is approximately 1/3 mile distant and this area would be considered rural for Los Angeles (downhill there are numerous residences beginning approximately 1/4 mile distant.)

18. Plaintiff was required to park further along Old Topanga Canyon Road in a wooded area that would make it more difficult to keep watch on his vehicle. Shortly after this change Plaintiff's vehicle was broken into on October 13th 2020 and numerous items stolen. Following this theft nearby residents began hanging out in this area and given the rural nature of the location this appeared a little unusual. Plaintiff later recognized some of the vehicles (namely an older junker truck) belonging to a younger couple who lived with their parents down the hill.

19. Plaintiff believes the changing of said parking signs and vehicle burglary are related and were planned with the consent of certain unknown city officials to be determined. Though Plaintiff's insurance company compensated most of the $2,400 loss Defendant should be held accountable for their part in this conspiracy.

# V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for a judgment against Defendant for:

1. Require Defendant to immediately discontinue allowing residents to dispose of raw sewage using cesspools, seepage pits, or any other sewage disposal method which has the ability to pollute ground water with untreated sewage, creates a breeding ground for insects or produces obnoxious odors.

2. Require Defendant to test and monitor ground water supplies near cesspools, seepage pits, and septic systems for pollution. If higher than normal levels of pollution are found to require Defendant to implement corrective measures.

3. Require Defendant to provide updated operational tests for all cesspools, seepage pits and septic systems which continue in operation to monitor environmental damage.

3. Require Defendant to create a viable plan to install a public sewage system in regions subject to high ground water or in densely populated areas to prevent future environmental damages.

4. Require Defendant to implement effective measures to control disease spreading organisms (i.e. flies) and manage offensive odors.

6. Compensatory damages related to Defendant's participation in said vehicle burglary occurring on October 13th 2020.

8. Costs and attorneys fees of this lawsuit.

9. Any other relief as the court deems appropriate.

Dated: 1-27-21          Bruce Westin, 

# OWTS Ordinance History

## *August 11, 2010*

- Report to Council concerning OWTS inspections
    - 133 total systems, 70 inspections completed; 33 major failures
    - 19 property owners unresponsive; non-compliance letters issued advising of the missed deadline
    - Two speakers regarding OWTS code enforcement and various issues related to prior septic presentations

- Authorization to proceed with Sewer EIR *(Motion carried 3-2)*
    - Four speakers recommend delay until OWTS inspections completed, two speakers in support of a sewer to Old Topanga

(Exhibit A)

Youtube Fly Videos

https://www.youtube.com/watch?v=vysZJg2lClE

https://www.youtube.com/watch?v=ARv6T86SVoc

https://www.youtube.com/watch?v=FpOR_72lXdA&t=6s

https://www.youtube.com/watch?v=Ww-_D-92yrs

(Exhibit B)



# CITY of CALABASAS

## NOTICE OF VIOLATION

July 31, 2013

Donald E. Derieg [Property Owner/Responsible Person]
3477 Old Topanga Canyon
Calabasas, [Topanga] CA 90290

Re:   Notice of Violation
      **Request to Abate Public Nuisance**
      **Health Hazard – Dwelling Without a Private Sewage Disposal System**
      **Substandard Building – Unsafe Structure**
      **Certificate of Occupancy Required**
      3477 Old Topanga, Calabasas [Topanga] APN 2072-026-002

Dear Responsible Persons:

On February 24, 2011, you were issued a Notice of Violation after a cesspool was discovered directly under the bathroom floor of your home located at 3477 Old Topanga Canyon Road ("the subject property"). The condition was a major health hazard and you were ordered to abandon and backfill the cesspool, and install a lawful private sewage disposal system ("septic system"). In order to delay the installation of the new septic system, you agreed that the structure would not be occupied. However to date, you have failed to install the septic system and the home has no means to dispose of human waste. In addition, blackwater from the kitchen and shower drain terminate to an unknown location and you also have an unlawful graywater system. <u>**The lack of a sewage disposal system at the subject property is still a health hazard. A new private sewage disposal system is required to be installed by no later than August 30, 2013**</u>




**Section 1.    History**

City of Calabasas    100 Civic Center Way, Calabasas, California  91302    818.224.1600


(Exhibit C)



Community Development Department
Building & Safety Division
100 Civic Center Way
Calabasas, CA 91302

CITY of CALABASAS

Permit No: **BS1100887**
Permit Status : Permit Issued
PC Status :
Page 1 of 3
03/22/2011

# Plumbing Permit

| | | | |
|---|---|---|---|
| **Base Address** | 3477 OLD TOPANGA CANYON RD | **Applied :** | 03/22/2011 |
| **Job Description** | Backfill of the cesspool with sand or slurry. (PLEASE SEE ADDITIONAL CONDITIONS AT THE END OF THIS 3-PAGE PERMIT) | **Issued :** | 03/22/2011 |
| **Parcel Number** | 2072026002 | **Expiration Date :** | 04/15/2011 |
| **Valuation** | $0.00 | | |
| **OWNER** | DERIEG, DONALD E TR (818) 266-4316<br>4571 HASKELL AVE ENCINO CA 91436 | | |
| **APPLICANT** | DERIEG, DONALD E TR 0 (818) 266-4316<br>4571 HASKELL AVE ENCINO CA 91436 | | |
| **OWNER/BUILDER** | Donald E. Derieg (818) 266-4316<br>3477 Old Topanga Canyon Rd. Calabasas CA 91302 | | |

## Site Data

| Occupancy Group | Type of Construction | Building Code |
|---|---|---|

## Fees

| Fee Description | Account | Units | Fee/Units | Amount | Paid |
|---|---|---|---|---|---|
| For disconnection, alteration, or repair of any house sewer or private sewage disposal system | 10-000-4110-00 | 1 | $36.00 | $36.00 | $36.00 |

| Plan Check | | Permit | | Total | |
|---|---|---|---|---|---|
| Fees: | $0.00 | Fees: | $36.00 | Fees: | $36.00 |
| | | | | Adjustments: | $0.00 |
| Payments: | $0.00 | Payments: | $36.00 | Payments: | $36.00 |
| | | | | Extend Credit: | $0.00 |
| Balance Due: | $0.00 | Balance Due: | $0.00 | Balance Due: | $0.00 |

| Transaction Date | Transaction Type | Method | Check# | Paid By | Amount |
|---|---|---|---|---|---|
| 03/22/2011 | Payment of Balance Due | check | 137 | Donald E. Derieg | $36.00 |

## Conditions / Provisions

INSPECTION REQUIREMENTS: Approval of the plans or issuance of any permit does not preclude any additional submittals required by the Building Inspector.

INSPECTION REQUEST: TO REQUEST AN INSPECTION CALL (818)224-1738. INSPECTION REQUESTS MAY BE MADE UNITL 7AM ON THE DAY OF THE REQUESTED INSPECTION. THE PERMIT NUMBER ALONG WITH ADDRESS, CONTACT PERSON AND PHONE NUMBER MUST BE PROVIDED WHEN REQUESTING AN INSPECTION. PLEASE SPEAK CLEARLY AND SLOWLY.

IF YOU NEED TO CANCEL AN INSPECTION, PLEASE CALL (818)224-1600 AND ASK TO SPEAK WITH A PERMIT TECHNICIAN.

CONSTRUCTION HOURS: The project shall comply with the following construction hour restrictions: Monday-Friday 7am-6pm; Saturday 8am-5pm; Sunday and Federal Holidays not allowed.

PLANS ON SITE: The approved set of City stamped plans, specifications and job card must be at job site during construction and available to the building inspector. It is unlawful to alter or change the approved plans, or deviate there from, without approval of the Building Division. The stamping of the plans and specifications shall not be held to permit or to be an approval of the violation of any provision of the City Ordinance or State law. The approval does not waive any required approvals from

(Exhibit D)

Mark A. Fergus [Responsible Person] [Property Owner]
23317 Valdez Road
Calabasas [Topanga], CA 90290
    Re: Report concerning your septic system ("OWTS")
February 16, 2011
Page 2 of 14

Please be informed as follows:

**Section 1.**    **Records and information that form the basis of this report.**

    1.1    The Building & Safety Division ("Division") reviewed permit records that confirm Los Angeles County issued a final inspection approval on August 19, 1959 for an OWTS that authorized the following installation: a septic tank with (2) four-foot diameter by 20-foot deep seepage pits for the dispersal system.

    1.2    OWTS Operating Permit Application dated October 7, 2010.

    1.3    OWTS Certified Inspection Report from OWTS Inspector Richard Sherman of Topanga Underground dated October 19, 2010.

    1.4    Notes produced by City Plumbing Inspector Jason Reithoffer, who was present at the time OWTS Inspector Richard Sherman inspected your OWTS.

**Section 2.**    **Field observations concerning your OWTS.**

    2.1    The septic tank is located south and downhill of the dwelling unit under the front yard planter area west of the walkway approximately 3' below grade. The primary compartment is accessible by a 24"-diameter riser and cover to grade. There is no access riser to grade for the secondary compartment and will need to be hand excavated to be exposed for further inspection.

    2.2    The primary and secondary compartments (interior of the septic tank) were not exposed or observed on October 12, 2010. It appears that the original 52 year old septic tank is still in place and being utilized. The tank may be 750 gallon in size and constructed of pre-cast concrete.

        2.2.1    The OWTS Inspector and City Inspector determined that the property's OWTS is in need of a major repair, due to the observation of a failing dispersal system. In addition, a more in depth inspection is required to properly assess the condition of all OWTS components. This will include hand excavation of the septic tank's secondary compartment and the dispersal system's distribution box. Additional issues and or concerns may be revealed after exposing and observing the remaining unexposed components.

        2.2.2    The October 12, 2010 onsite inspection did not cover all of the property's OWTS components; however, the observed portions provided substantial evidence of an OWTS dispersal system failure. Due to the observed condition of the dispersal system and the concerns of additional expense in excavating, it was deemed to be redundant to continue accessing additional components at that time when it was clearly determined that a major repair with additional excavating would be required.

*City of Calabasas  100 Civic Center Way, Calabasas, California  91302  (818) 224-1600*

(Exhibit E)

Mark A. Fergus [Responsible Person] [Property Owner]
23317 Valdez Road
Calabasas [Topanga], CA 90290
    Re: Report concerning your septic system ("OWTS")
February 16, 2011
Page 3 of 14

    2.3    The dispersal system is located under the front yard area approximately 4' below grade southwest and west of the septic tank. The system is uphill and approximately 50 feet horizontal distance from an inverted shoulder/street drainage swale which discharges to Old Topanga Creek. The dispersal system was observed and it appeared to utilize a distribution box (which was not exposed or accessible at the time of inspection) that distributes effluent to two 4' x 20' seepage pits constructed of brick. The seepage pits were accessible for inspection via two non-gas/water tight 4" access risers to grade. Septic odors were observed prior to system inspection.

    2.4    The interior of two seepage pits were observed. Both pits contained high levels of standing effluent and were nearly full, with levels approximately 4 to 5-feet below grade. The high-standing levels of effluent is evidence that the seepage pits are clogged, thereby not allowing proper absorption and treatment of the effluent they receive. In addition, residue from previous high effluent levels were observed on the sidewalls of the seepage pits' access risers. The indication of the seepage pits' access risers residue confirms previous dispersal system backups/illicit discharges due to a poorly performing dispersal system.

    2.5    An operating test (hydraulic load test) was not performed. The OWTS Inspector observed that performing a load test would result in the occurrence of an illicit discharge, due to the high standing effluent levels in the seepage pits. It was deemed that the system would not have passed a load test, due to the presence of high standing effluent levels in the seepage pits and the known history of the seepage pits' failing condition.

**Section 3.**    **Official Determination – Violations**

The Division cannot issue an operator's permit for your existing OWTS because of the foregoing determinations.

    3.1    **Determination** - This report constitutes a Notice of Violation and to inform you that your OWTS is in violation of the Calabasas Plumbing Code.

Cause exists as stated in Section 2.4 to conclude that an illicit discharge has occurred, may re-occur, and that a failing system is present. The historic high standing effluent levels is considered an illicit discharge and as delineated by Section K16.0 (A)(1), constitutes an Unlawful System and is an immediate threat to public health, safety and welfare. In absence of immediate repairs, such systems are required to comply with an established Monitoring Program as delineated by Section K 1.0 (A)(4).

The Calabasas Municipal Code defines a failing or failed system as unlawful[1] and a public nuisance. The continued use or maintenance of your OWTS is prohibited.

---

[1] Section K16 of Amended Appendix K states, in pertinent part, as follows: "Unlawful System' includes any OWTS, or portion thereof, that is altered, installed, operated, maintained, repaired, or replaced in violation of Appendix K." "Unlawful Systems demonstrating Illicit Discharge are an immediate threat to public health, safety and welfare. Such systems shall be required to comply with a Monitoring Program as described in Section K1(A)(4)."

*City of Calabasas  100 Civic Center Way, Calabasas, California  91302  (818) 224-1600*

(Exhibit E)

EXHIBIT "B"

James Lee [Responsible Person / Property Owner]

Re: Notice of Violation
Code Enforcement Case CE 1604422

March 16, 2016

Page 7 of 9

---

### End Notes

[i] Available records from the Los Angeles County Health Department, Los Angeles County Assessor and City of Calabasas records have been reviewed.

[ii] Historical complaints regarding substandard conditions include the following:

Los Angeles County Property Rehabilitation Section:

February 24, 1986 – Notice of inspection regarding dilapidated building.

March 5, 1986 – Notice of overgrown vegetation, trailers and unfinished building.

April 14, 1986 – Recordation of Declaration of substandard property.

June 13, 1986 – Notice of inoperable vehicles.

June 13, 1986 – Notice of Substandard property sent regarding inoperable vehicles, overgrown vegetation and unsecured building.

June 13, 1986 – Notice of cost incurred.

March 18, 1987 – Notice of Hearing sent regarding inoperable vehicles, overgrown vegetation and unsecured building.

June 18, 1987 – Notice of Order sent regarding inoperable vehicles, overgrown vegetation and unsecured building.

June – 1987 – Complaint received regarding uncompleted residential structure, recreational vehicle, trailer, scattered junk. No progress on construction, house built without permits and no septic system.

June 23, 1987 – Notice of Substandard property sent regarding inoperable vehicles, overgrown vegetation and unsecured building.

July 19, 1988 – Complaint received regarding trash and debris on property.

The County of Los Angeles Health Department:

1992 – Received two separate citizen complaints that were lodged against the subject premises in relation to septic system failure. The subsequent investigation notes state the

(Exhibit F - page 1)

EXHIBIT "B"

James Lee [Responsible Person / Property Owner]
Re: Notice of Violation
Code Enforcement Case CE 1604422

March 16, 2016

Page 8 of 9

---

premises are subject to very high groundwater, the system does not conform to codes, and that the property owner installed a sump pump. There are no permits or inspection approvals within the permanent records related to repair work or the installation of a sump pump.

**City of Calabasas Code Enforcement Section of the Building & Safety Division**

March 2, 2011 – Notice of Violation issued with two primary concerns:

1. The presence of three (3) 25' deep seepage pits in the vicinity of a well-documented high water table.
2. Fiberglass septic tank and new leach line have been installed without building or plumbing permits, soil evaluation or construction plans.

iii. A foundation-only building permit for the construction of a new single family dwelling was issued on October 29, 1982. Notations documented on the permit states the intention was to be limited to foundation work until plans for drainage and the County of Los Angeles Fire Department approval to proceed with construction was received. Although County of Los Angeles Fire Department approval was received, no drainage plans were submitted nor were there any final inspections of the dwelling documented.

iv. On October 20, 1980, a percolation feasibility investigation was submitted to the County of Los Angeles Department of Health Services in regards to the feasibility of installing an Onsite Waste Water Treatment System at the subject premises 3220 Canon Place. The feasibility plan, or in concept plan, was conceptually approved on October 27, 1982. No subsequent OWTS plumbing permit was issued nor are there inspection approvals documented within the permanent records related to the subject premises. The in concept plan depicts three five foot diameter by 25 feet deep seepage pits would be proposed for a three bedroom house.

v. Floor area ratio for the Old Topanga Overlay District: The maximum allowable floor area for your property at 3220 Canon Place is a structure of 1,424.15 sq.ft. Currently, you have a structure that is 2,740 sq. ft. This property is overdeveloped by 1,315.85 sq ft.

vi. During the course of the investigation, staff was approached by an occupant who identified himself as Luis Bran who provided staff with consent to enter the unlawful dwelling. Consent to inspect the 3rd bedroom was not provided by Luis Bran.

vii. No assurance is given that you would be successful. Your designated design license professional should be familiar with the regulations and procedures in Title 17 of the Calabasas Municipal Code to see if this option is possible and/or feasible.

(Exhibit F - page 2)